IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| IN RE SQRL HOLDINGS, LLC | CASE NO. 4:24-bk-11566 |
| ALLEGED DEBTOR | CHAPTER 7 |

# ORDER DISMISSING
# PETITION FOR INVOLUNTARY RELIEF

On May 13, 2024, three petitioning creditors, Gas Hub Investments, LLC, K&A Endeavors, LLC, and MT Everest Investment, LLC, filed this involuntary petition against SQRL Holdings, LLC (the "petition"). [Doc. No. 1]. On June 10, 2024, Gas POS, Inc., filed a notice of joinder and joinder was granted without objection on June 13, 2024. [Doc. Nos. 28 and 44]. On July 15, 2024, the three initiating creditors and the alleged debtor filed a joint motion to dismiss the involuntary petition [Doc. No. 126], and, on July 31, 2024, that motion was granted. [Doc. No. 173]. This left only Gas POS, Inc., as the sole petitioning creditor pursuing the petition. However, on August 14, 2024, Alma Communications Company ("Alma"), through a non-attorney, filed a letter motion for joinder as a petitioning creditor. [Doc. No. 183].

The Court set a final hearing out of district, by consent of the parties, in Fayetteville, Arkansas, for August 22, 2024. [Doc. No. 174]. Alma's letter motion was set for the same day and time as the final hearing. [Doc. No. 184]. Due to separate exigencies affecting the alleged debtor and Gas Pos, Inc., the final hearing was continued to August 23, 2024, in Fayetteville, Arkansas. [Doc. No. 187]. At the hearing, the alleged debtor appeared in person by its corporate representative,

1

Joseph Blake Smith, and its attorney, Clinton W. Lancaster of the Lancaster Law Firm, PLLC. Gas POS, Inc. appeared by its corporate officer, Ben Kauder, and its attorney, Brian Ferguson of the Ferguson Law Firm, PLLC. Alma did not appear. At the hearing, the Court heard oral testimony and received documentary evidence into the record. After the hearing was concluded, the Court took the matter under advisement as to Gas POS, Inc., and denied Alma's letter for joinder for failure to prosecute. [Doc. Nos. 197–98].

On October 10, 2024, the Court announced its decision during a verbal ruling in Little Rock, Arkansas. [Doc No. 211]. At that time, the Court made findings of fact and stated conclusions of law into the record pursuant to Federal Rule of Civil Procedure 52, made applicable to bankruptcy proceedings by Federal Rule of Bankruptcy Procedure 7052, which are incorporated into this Order by reference. Based upon the Court's findings of fact and conclusions of law, the Court declines to enter an order for relief and hereby dismisses this case.

IT IS, BY THE COURT, SO ORDERED.

Honorable Bianca M. Rucker
United States Bankruptcy Judge
Dated: 10/15/2024

**PREPARED BY:**  ATTORNEY FOR SQRL HOLDINGS, LLC

Clinton W. Lancaster
**LANCASTER LAW FIRM, PLLC**
P.O. Box 1295
Benton, AR 72018
llf@thelancasterlawfirm.com
T: (501) 776-2224

www.TheLancasterLawFirm.com

\* \* \* \* \*

**APPROVED BY:**

*/s/ Brian Ferguson*   ATTORNEY FOR GAS POS, INC.

Proposed order amended by the Court