# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0860-4 | User: admin | Date Created: 10/15/2024 |
| Case: 4:24-bk-11566 | Form ID: pdf06Ac | Total: 148 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
7013658    DFA-ARKANSAS TOBACCO CONTROL
7013631    INTERNATIONALWHOLESALE.COM
                                                                                            TOTAL: 2

**Recipients of Notice of Electronic Filing:**
ust         U.S. Trustee (ust)         USTPRegion13.LR.ECF@usdoj.gov
aty         Adam B Edgecombe          aedgecombe@cobbgonzalez.com
aty         Alan C. Hochheiser        ahochheiser@mauricewutscher.com
aty         Allison R. Gladden        agladden@mwlaw.com
aty         Andrew King               andrew.king@kutakrock.com
aty         Brett Messinger           blmessinger@duanemorris.com
aty         Christopher Hooks         chooks@rbsr-attorneys.com
aty         Christopher A. McNulty    cmcnulty@roselawfirm.com
aty         Clinton W. Lancaster      clint@thelancasterlawfirm.com
aty         D Joel Kurtz              joel@williamslawfirm.net
aty         Frank Falkner             frank@dilkslawfirm.com
aty         Geoffrey Treece           gtreece@qgtlaw.com
aty         J. Brian Ferguson         brian@ozarkfunds.com
aty         John Blume Buzbee         john@nixonandlight.com
aty         Kyle T. Unser             kyle.unser@kutakrock.com
aty         Laura C Robinson          laura.robinson@huschblackwell.com
aty         Lyndsey D. Dilks          ldilks@dilkslawfirm.com
aty         Michael Dal Lago          mike@dallagolaw.com
aty         Ryan J. Caststeel         rcaststeel@hopkinslawfirm.com
                                                                                            TOTAL: 19

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
adb         SQRL Holdings LLC         27 Rahling Circle     Suite C      Little Rock, AR 72223
cr          Crest Holdings LLC        6400 Bannington Road         Charlotte, NC 28226-1327
ptcrd       Gas POS, Inc.     419 Main St., Suite 200     North Little Rock, AR 72214
cr          Riverside Capital NY      c/o Maurice Wutscher LLP      23611 Chagrin Blvd      Suite 207      Beachwood, OH 44122
cr          LR Gas 2022 LLC      284 E. Lakemead Pkwy, Ste C338         Henderson, NV 89015
cr          Irene Lambiris     284 E. Lakemead Pkwy, Ste C338         Henderson, NV 89015
cr          Patricia A. Maxwell       PO Box 161      Deering, MO 63840
cr          Monica Ellis     220 N Blanche Street      Mounds, IL 62964
intp        Stone Bank     900 S. Shackleford Rd, Ste. 200      Little Rock, AR 72211
cr          Today's Bank      300 N. College Ave.      Fayetteville, AR 72701
cr          Alma Communications Company      PO Box 127      Alma, MO 64001
cr          Richard M. Sterns, Trustee of the Royal Harbor Trust      999 Vanderbilt Beach Road      Suite 200      Naples, FL 34108
cr          Ozarks Coca-Cola/Dr. Pepper Bottling Company      PO Box 11250      Springfield, MO 65808
7013662     A&B BEVERAGE      8110 SCOTT HAMILTON      LITTLE ROCK, AR 72202
7013673     ACE SIGN COMPANY      11935 I-30      LITTLE ROCK, AR 72209
7013663     ADAMS PEST CONTROL      12324 STAGECOACH RD      LITTLE ROCK, AR 72223
7013672     ADT SECURITY SERVICES      PO BOX 371878      PITTSBURGH, PA, 15250
7013698     AEI CONSULTANTS      3700 BARREN WAY      RENO, NV 89511
7013674     AIR ZERO     12953 92ND ST      LARGO, FL 33773
7013661     AIRGAS     4206 ACCESS RD      JONESBORO, AR 72401
7013671     ALABAMA DEPT OF AGRICULTURE      1445 FEDERAL DRIVE      MONTGOMERY, AL 36107
7013664     ALERT 360     3803 W CHESTER PIKE      NEWTOWN SQUARE, PA 19073
7013683     ALMA TELEPHONE COMPANY      102 3RD STREET      ALMA, MO 64001
7013660     ALPHAMAP     1509NGAUTAMI DR      AUSTIN, TX 78753
7013670     AMERICAN PIZZA      PO BOX 604      ADAMSVILLE, TN 38310
7013659     ARAMARK     2680 PALUMBO DR      LEXINGTON, KY 40509
7013669     ARKANSAS ANALYTICAL INC      8100 NATIONAL DR      LITTLE ROCK, AR 72209
7013695     ARKANSAS PETROLEUM SOLUTIONS LLC      1815 S. AMITY ROAD      CONWAY, AR 72032
7002202     Ariel Bouskila     1545 Route 202 Suite 101      Pomona, NY 10970
7013657     BADGER LIQUOR      850 S MORRIS ST      FOND DU LAC, WI 54936
7013675     BILLS LOCK & SAFE      1001 PIKE AVE      N. LITTLE ROCK, AR 72114
7013665     BOYDS HEATING AND AC      PO BOX 24      OSKALOOSA, KS 66066
7013655     BTC WHOLESALE      100 AIRVIEW LANE      ALABASTER, AL 35007
7013656     C LOWE DISTRIBUTING      JACKSONVILLE, AR 72076
7013654     C&M SALES      2800 VANCE ST      LITTLE ROCK, AR 72206
7013652     CENTRAL LAUNDRY EQUIPMENT      PO BOX 324      WARD, AR 72176
7013651     CENTURY LAUNDRY DISTRIBUTING INC      775 KACENA RD      HIAWATHA IA 52233

| | | | | |
|---|---|---|---|---|
| 7013653 | CERTIFIED COMMERCIAL SERVICE & EQUIPMENT | PO BOX 51178 | KNOXVILLE, TN 37950 | |
| 7013676 | CHARLIES PLUMBING INC | 321 W JEFFERSON ST | BROOKSVILLE, FL 34601 | |
| 7013650 | CINTAS | PO BOX 88005 | CHICAGO, IL 60680 | |
| 7013644 | CITY OF LITTLE ROCK | 500 WEST MARKHAM ST | LITTLE ROCK, AR 72201 | |
| 7013647 | COCA-COLA BEVERAGES SW | PO BOX 744010 | ATLANTA, GA 30384 | |
| 7013649 | COCA-COLA CO OF FT SMITH | 3600 PHOENIX AVE | FT SMITH, AR 72906 | |
| 7013641 | COMMUNITY COFFEE | PO BOX 679510 | DALLAS, TX 75267 | |
| 7013646 | COMPLIANCE ASSOCIATES | 9160 HWY 64, SUITE 12 | LAKELAND, TN 38002 | |
| 7013640 | COMPLIANCE LLC | 219 N KANAWHA ST | BECKLEY, WV 25801 | |
| 7013666 | COOPERS INC | 401 SW 32ND TERR | TOPEKA, KS 66611 | |
| 7013645 | COREMARK | 3797 WINDSOR DR | AURORA, CO 80011 | |
| 7013648 | CORINTH COCA-COLA BOTTLING GRP | PO BOX 239 | CORINTH, MS 38835 | |
| 7002203 | Capital Assist, LLC | 1545 Route 202 Suite 101 | Pomona, NY 10970-1545 | |
| 7013639 | DIAMOND STATE EQUIPMENT | 1434-38 PIKE AVE | N. LITTLE ROCK, AR 72214 | |
| 7013677 | DIVERSIFIED DATA SOFTWARE | PO BOX 509 | CENTERTON, AR 72719 | |
| 7013667 | DONS SUPPLY INC | 9912 1-30 FRONTAGE | LITTLE ROCK, AR 72209 | |
| 7013638 | DOUBLECHECK CO LLC | PO BOX 87-9200 | KANSAS CITY, MO 64187 | |
| 7013627 | DR. PEPPER OF TOPEKA | 1401 NW MOUNTAINVIEW DR. | TOPEKA KS 66618 | |
| 7013678 | EAST END TOWING | 14721 IRONTON RD | LITTLE ROCK AR 72206 | |
| 7013637 | EBY-BROWN | 2516 PROSPECT DRIVE | EAU CLAIRE, WI 54703 | |
| 7013668 | ECK SERVICES | 419 WEST 2ND AVE | HUTCHINSON, KS 67501 | |
| 7013626 | EDIBLE ARKANSAS LLC | 240 SKYLINE DR | LITTLE ROCK, AR 73032 | |
| 7013679 | EJSCS CLEANIING | 2010 MARTIN | LITTLE ROCK, AR 72204 | |
| 7013636 | EVCO WHOLESALE FOOD CORP | PO BOX D | EMPORIA, KS 66801 | |
| 7013680 | FILES DEVELOPMENT LLC | 11600 MARA LYNN RD | LITTLE ROCK, AR 72211 | |
| 7013693 | FIRE PROTECTION OF AR | PO BOX 472 | JONESBORO AR 72403 | |
| 7013682 | FIRE SPRINKLER SERVICES | 9313 OLD KINGS ROAD SOUTH | JACKSONVILLE FL 32257 | |
| 7013681 | FLYNCO | 7711 DISTRIBUTION DRIVE | LITTLE ROCK, AR 72209 | |
| 7013688 | FOR2FI | PO BOX 79428 | N. DARTMOUTH, MA 02747 | |
| 7013625 | FRANK BEER DISTRIBUTORS, INC | 2115 PLEASANT VIEW RD | MIDDLETON, WI 53562 | |
| 7013635 | FRITO LAY | 75 REMITTANCE DRIVE | CHICAGO, IL 60675 | |
| 7013701 | GEN 3 PLUMBING | 3739 KOEHLER DR | SHEBOYGAN, WI 53083 | |
| 7013624 | GENERAL BEVERAGE SALES | 6169 MCKEE RD | MADISON, WI 53744 | |
| 7013689 | GNG ELECTRIC | 164 SENTELL LOOP | AUSTIN, AR 72007 | |
| 7013702 | GOOD TIMES PLUMBING | 23 PORCHE DR | CABOT, AR 72023 | |
| 7013643 | GREAT LAKES COCA-COLA | 7707 SCHOFIELD AVE | SCHOFIELD, WI 54476 | |
| 7013633 | GUSKE ELERCTRIC INC | 2004 WAVERLY CT | SHEBOYGAN, WI 53083 | |
| 7030281 | Genesis Environmental Solutions, Inc | 8422 S 7 Hwy | Blue Springs, MO 64014 | |
| 7013684 | HAAG OIL | 326 SE 15TH STREET | TOPEKA, KS 66607 | |
| 7013622 | HILAND DAIRY FOODS | PO BOX 1000 | MEMPHIS, TN 38148 | |
| 7013686 | HOPE CONSULTING | 129 N MAIN STREET | BENTON AR 72015 | |
| 7013621 | IMPERIAL ICE | 10 SHACKLEFORD RIDGE RD | LITTLE ROCK, AR 72204 | |
| 7013620 | JIMMY CARSON DISTRIBUTING | CONWAY, AR 72034 | | |
| 7013696 | KARS PETRO DISTRIBUTORS | 380 COMMERCE PARKWAY | ROCKLEDGE, FL 32955 | |
| 7013630 | KENOSHA CO PUBLIC HEALTH | 8600 SHERIDAN RD | KENOSHA, WI 53143 | |
| 7009356 | KP JACKSONVILLE, LLC | 4655 SALISBURY ROAD, SUITE 200 | JACKSONVILLE FL 32256 | |
| 7013699 | LANDSCIENCE | 12570 NE 7TH AVE NORTH | MIAMI, FL 33161 | |
| 7013619 | LEE BEVERAGE | 2850 S. OAKWOOD ROAD | OSHKOSH, WI 54904 | |
| 7022276 | LIBERTY MUTUAL INSURANCE | 100 LIBERTY WAY | DOVER, NH 03820 | |
| 7013629 | LOBLOLLY CREAMERY | 700 E 9TH ST, 1E | LITTLE ROCK, AR 72202 | |
| 7013690 | LUMATECH | 17200 CHENAL PARKWAY | LITTLE ROCK, AR 72223 | |
| 7013628 | MERRILL DISTRIBUTING | 1301 N. MEMORIAL DR | MERRILL, WI 54452 | |
| 7013618 | MK DISTRIBUTORS | PO BOX 8866 | PINE BLUFF, AR 71601 | |
| 7013617 | MORRILTON PACKING CO | 51 BLUE DIAMOND DR | MORRILTON, AR 72110 | |
| 7013694 | NEW RESTORATION & RECOVERY SERVICES | PO BOX 670612 | DALLAS TX 75267 | |
| 7013616 | NUCO | PO BOX 9011 | STUART, FL 34995 | |
| 7013691 | OPIS | 2099 GAITHER RD | ROCKVILLE, MD 20850 | |
| 7013605 | OZARK MTN PROPANE | 14770 EAST 62 HWY | GARFIELD, AR 72732 | |
| 7013642 | OZARKS COCA COLA | PO BOX 11250 | SPRINGFIELD, MO 65808 | |
| 7013604 | PEPSI | 6176 PEPSI WAY | WINDSOR, WI 53598 | |
| 7013615 | PEPSI MADISON | 6176 PEPSI WAY | WINDSOR, WI 53598 | |
| 7013614 | PERFORMANCE FOOD SERVICE | PO BOX 208592 | DALLAS, TX 75320 | |
| 7013603 | PETIT JEAN MEAT | 51 BLUE DIAMOND DR. | MORRILTON, AR 72110 | |
| 7013613 | PETROLEUM CONSULTING GROUP | 16400 US HIGHWAY 331 | FREEPORT, FL 32439 | |
| 7013602 | PLATINUM DISTRIBUTING | PO BOX 11616 | FORT SMITH, AR 72917 | |
| 7013692 | PLATINUM DRYWALL | 5423 W. 65TH STREET | LITTLE ROCK AR 72209 | |
| 7013612 | PRAIRIE FIRE COFFEE | 10821 E. 26TH ST., N | WICHITA KS 67226 | |
| 7013601 | RED BULL DISTRIBUTION | PO BOX 204760 | DALLAS, TX 75370 | |
| 7013611 | REFRIDGERATION & ELECTRIC SUPPLY CO | PO BOX 1720 | LITTLE ROCK, AR 72203 | |
| 7013600 | S&S DISTRIBUTING INC | PO BOX 487 | MARSHFIELD, WI 54449 | |
| 7013610 | SERV-ICE | 2175 W 20TH AVE | OSHKOSH, WI 54904 | |
| 7013703 | SHEPHERD OIL | 1831 S MAIN ST | BLACKWELL, OK 74631 | |
| 7013634 | SOUTHERN GLAZERS OF MO | 6201 STILWELL ST | KANSAS CITY, MO 64120 | |
| 7013685 | SPRINGFIELD PETROLEUM SERVICE | 2925 F EAST CHESTNUT EXPRESSWAY | SPRINGFIELD, MO 65802 | |
| 7013705 | STALEY ELECTRIC | 3400 JE DAVIS DRIVE | LITTLE ROCK, AR 72209 | |
| 7013623 | SULPHUR SPRINGS DISTRIBUTION | PO BOX 638 | SULPHUR SPRINGS, TX 75483 | |

```
7013599    SUNRISE COFFEE SERVICE INC      14 FIVE MILE RD        MORRILTON, AR 72110
7013704    SUPERIOR HEATING AND AIR        10 CATHOLIC POINT RD         CENTER RIDGE, AR 72027
7013609    SYSCO       1915 KANSAS CITY RD        OLATHE, KS 66061
7013700    TANK WIZARDS      7619 CORAL DRIVE        MELBOURNE FL 32904
7013697    TANKNOLOGY        11000 N. MOPAC EXPRESSWAY, SUITE 500         AUSTIN, TX 78759
7013598    TENNESSEE RIVER WHOLESALE         2503 CAMPBELL RD         DECATURVILLE, TN 38329
7013632    THE HOME CITY ICE CO       N80 W39901 MCMAHON RD         IXONIA, WI 53036
7013687    TODAYS BANK       300 N. COLLEGE ST        FAYETTEVILLE, AR 72701
7013608    TRICITY WHOLESALE       3645 LAMAR AVE        MEMPHIS, TN 38118
7013597    ULINE        PO BOX 88741        CHICAGO, IL 60680
7013607    WISCONSIN DISTRIBUTORS         900 PROGRESS WAY         SUN PRAIRIE, WI 53590
7013606    WISONSIN RIVER MEATS        N5340 COUNTY ROAD HH         MAUSTON, WI 53948
7013596    WP BEVERAGES, LLC        200 6TH AVE SOUTH         PARK FALLS, WI 54552
7013595    ZASTROW THE BEER MAN         3300 THIELMAN STREET         MERRILL, WI 54452
```

TOTAL: 127